UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

**MARIE SPENCER,**

Plaintiff,

Case No. 1:16-cv-20797-KMM

vs.

**LIFE INSURANCE COMPANY OF NORTH AMERICA,**

Defendant.
_________________________________/

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff, MARIE SPENCER, and Defendant, LIFE INSURANCE COMPANY OF NORTH AMERICA, by and through their respective undersigned counsel, hereby stipulate based on the settlement reached by the Plaintiff and the Defendant in the above-captioned action, all claims be dismissed with prejudice with each party to bear its own attorneys' fees and costs.

This 7th day of July, 2016.

By: /s/ Rachel Alters

Rachel Alters, Esq.
Florida Bar No.106232
Email: Rachel@diattorney.com
Attorneys Dell and Schaefer, Chartered
2404 Hollywood Boulevard
Hollywood, FL 33020
Telephone: 954.620.8300
Facsimile: 800.380.6151

*Attorneys for Plaintiff*
MARIE SPENCER

By: /s/ Sherril Colombo

Sherril Colombo, Esq.
Florida Bar No. 948799
Email: SColombo@littler.com
LITTLER MENDELSON, P.C.
Wells Fargo Center
333 SE 2nd Avenue, Suite 2700
Miami, FL 33131
Telephone: 305.400.7500
Facsimile: 305.675.8497

*Attorneys for Defendant*
LIFE INSURANCE COMPANY OF NORTH AMERICA

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on this 7th day of July, 2016, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or *pro se* parties identified on the attached Service List in a manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

Rachel Alters
ATTORNEYS DELL AND SCHAEFER, CHARTERED
2404 Hollywood Boulevard
Hollywood, Florida 33020
Telephone: (954) 620-8300
Email: rachel@diattorney.com
Attorney for Plaintiff

Gregory Michael Dell
ATTORNEYS DELL AND SCHAEFER, CHARTERED
2404 Hollywood Boulevard
Hollywood, Florida 33020
Telephone: (954) 620-8300
Email: gdell@diattorney.com
*Attorney for Plaintiff*

_*/s/ Sherril Colombo*
Sherril Colombo, Esq.